UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

BAGINSKI POTATO COMPANY, LTD, et al,

        Plaintiffs,

        v.                               Case No. 11-C-439

CUSTOM CUTS FRESH, LLC, et al,

        Defendants.

---

### ORDER APPROVING STIPULATION TO PERMIT AUCTION OF ASSETS OF DEFENDANT CUSTOM CUTS FRESH, LLC

The court has considered the Stipulation to Permit Auction of Assets of Defendant Custom Cuts Fresh, LLC, (Doc. 22), with regard to an auction scheduled for July 27, 2011, and finds that said agreement is reasonable under the circumstances. Now, therefore,

IT IS ORDERED that the Stipulation is approved and the auction may proceed as scheduled.

Dated at Milwaukee, Wisconsin, this 26th day of July, 2011.

        BY THE COURT

        /s/ C. N. Clevert, Jr.
        C. N. CLEVERT, JR.
        CHIEF U.S. DISTRICT JUDGE
        *for* HON. RUDOLPH T. RANDA
        U.S. DISTRICT JUDGE